AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| _____ *Plaintiff* <br> v. <br> ROCHE HOLDING AG, F. HOFFMAN LA-ROCHE LTD. et al., <br> *Defendants* | ) <br> ) <br> ) Case No. <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____                         _____*Rita Khuradayan*_____
                                                                    *Attorney's signature*

                                                                    _____
                                                                    *Printed name and bar number*

                                                                    _____
                                                                    *Address*

                                                                    _____
                                                                    *E-mail address*

                                                                    _____
                                                                    *Telephone number*

                                                                    _____
                                                                    *FAX number*