UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIOCAD JSC,

          Plaintiff,

-v-

ROCHE HOLDING AG, F. HOFFMAN LA-ROCHE LTD., GENENTECH, INC., *and* R-PHARM JSC,

          Defendants.

No. 16-cv-4226 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    On September 30, 2017, the Court dismissed Plaintiff's action with prejudice for failure to state a claim (Doc. No. 75), but reserved ruling on Defendants' motion for sanctions and fees (Doc. No. 71). On November 5, 2019, the Second Circuit affirmed the judgment of the Court, and on November 26, 2019, the mandate issued. (Doc. No. 78.) Accordingly, IT IS HEREBY ORDERED THAT Defendants shall supplement their motion for sanctions and attorneys' fees in light of the appeal no later than December 18, 2019, and Plaintiffs shall respond no later than January 15, 2020.

SO ORDERED.

Dated:    November 27, 2019
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation