UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIOCAD JSC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>ROCHE HOLDING AG, F. HOFFMAN LA-ROCHE LTD., GENENTECH, INC., *and* R-PHARM JSC,<br><br>　　　　　　　　　　Defendants. | No. 16-cv-4226 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

　　The Court is in receipt of the parties' joint February 11, 2022 letter (Doc. No. 85), advising that they have agreed to settle all remaining matters arising out of this Court's January 28, 2022 order (Doc. No. 84). Accordingly, IT IS HEREBY ORDERED THAT the parties are no longer required to make further submissions in this matter, which shall remain closed.

SO ORDERED.

Dated:　　February 11, 2022
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation